UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CRYSTAL M. CAMPANILE

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 10-716-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 19, 2012 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the ALJ's decision is REVERSED and this matter is remanded pursuant to sentence four of the Social Security Act, 20 U.S.c. 405(g) for a new hearing with directions to the ALJ to reconsider the issues in accordance with the regulations set forth in 20 C.F.R. Sections 404.1535 and 416.935.

Further, the Commissioner is directed to forward a copy of the Court's opinion and report to the ALJ hearing the matter on remand.

Baton Rouge, Louisiana, this 23rd day of April, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE